DATE: 10/11/2022 09:47:28 AM

To The Honorable Chief Justice James K. Bredar

This submission to the court is for a request for a COA to file a 2255 in regard to Newley discovered evidence, in the form of an affidavit, there have been multiple attempts to have this entered into the record by the appellate court that has ended in procedural denials, the merits have affidavit never been reviewed by any court an the subject matter is central to the integrity of the proceedings an the court officers involved in the case. Attached is a copy of the affidavit an the denial by the appellate court an their suggestion to entered the document by way of 2255 but without a COA the time deadline is well past it's expiration. I would like to thank the court for taking the time to review this matter.

FILED ENTERED
LOGGED RECEIVED

OCT 18 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

54006037
10/11/22